IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS GUY CLARK, ) | |
| ) | |
| Petitioner, ) | Case Nos.  CV-06-07-E-BLW |
| ) | CR-98-76-E-BLW |
| v. ) | |
| ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion filed by DENNIS GUY CLARK under 28 U.S.C. § 2255 is DISMISSED with prejudice.

DATED: **March 7, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**